# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * *   *
AGILITY PUBLIC WAREHOUSING            *
COMPANY KSCP,                         *
                                      *
            Plaintiff,                *
                                      *   No. 17-309C
      v.                              *   Filed: June 1, 2017
                                      *
UNITED STATES,                        *
                                      *
            Defendant.                *
* * * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of plaintiff's June 1, 2017 notice of voluntary dismissal of the above captioned case. Defendant has yet to file its answer or make any dispositive motion in this case. Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims (2016), this court **ORDERS** that this case be **DISMISSED** without prejudice, with each party to bear its own costs. The court **CANCELS** the status conference previously scheduled for June 13, 2017.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
